O

CASE CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALTITUDE LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>SOYEEGLOBAL et al.,<br><br>      Defendants. | Case No. 2:22-cv-00198-ODW (RAOx)<br><br>**AMENDED FINAL JUDGMENT** |

    1.    Pursuant to the Court's Order granting Plaintiff Laltitude LLC's renewed motion for default judgment and attorneys' fees, (ECF No. 46), the Court's Order granting in part and denying in part Defendant SoyeeGlobal's motion to set aside default, (ECF No. 72), and the Court's Order denying Plaintiff's motion for clarification issued contemporaneously with this judgment, the Court enters this amended final judgment.

    2.    Defendant is liable for Copyright Infringement and Unfair Competition based upon Plaintiff's meritorious claims set forth in its Complaint. (ECF No. 1.) Specifically, the Court finds that Defendant willfully infringed upon U.S. Copyright Registration No. VAu001413272 (the "Copyright").

    3.    Defendant's manufacture, sale, offering for sale, and/or import of the infringing product was engaged in willfully and intentionally, without leave or license

from Plaintiff, in violation of Plaintiff's rights in and to Plaintiff's properties. Moreover, Defendant has engaged in unfair business practices by maliciously disrupting Plaintiff's business through the manufacture, sale, offering for sale, and/or import of the infringing product.

4. The liability of Defendant in the above-referenced action for acts in violation of Plaintiff's rights is knowing and willful and, as such, the Court expressly finds that there is no just reason for delay in entering the default judgment and permanent injunction sought herein.

5. Therefore, based on the foregoing facts, and good cause appearing therefore, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

6. The Court has jurisdiction over the parties to this action and over the subject matter hereof. Service of process was properly made on Defendant.

7. Defendant has manufactured, offered for sale, sold, and/or imported products which infringe upon U.S. Copyright Registration No. VAu001413272.

8. Defendant has willfully and deliberately infringed upon U.S. Copyright Registration No. VAu001413272.

9. Defendant has engaged in unfair business practices, in violation of California Business & Professions Code section 17200.

10. Defendant and its agents, servants, employees, and all persons in active concert and participation with it, who receive actual notice of the injunction, are hereby **RESTRAINED AND ENJOINED** from engaging in the manufacture, use, offer for sale, or sale within the United States, or importation into the United States of products that infringe Plaintiff's copyright titled "Action Figure People," Registration No. VAu001413272 or any product that is merely a colorable variation thereof.

11. Defendant is required to deliver all material in Defendant's possession, custody, or control, that includes or incorporates products that infringe Plaintiff's Copyright.

12.   Plaintiff's request for monetary damages on its copyright claim is **GRANTED**. The Court orders Defendant to pay a lump-sum amount of $336,379 in monetary damages.

13.   Plaintiff's request for attorney's fees is **GRANTED**. The Court orders Defendant to pay attorney's fees in the lump-sum amount of $16,191.

14.   Plaintiff's claim for patent infringement of design patent D929,505 is **DISMISSED** with prejudice.

15.   This judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court

16.   The Court finds there is no just reason for delay in entering this Amended Judgment and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Amended Judgment against Defendant.

17.   Accordingly, **JUDGMENT** is entered in favor of Plaintiff and against Defendant on Plaintiff's claims for Copyright Infringement and Unfair Competition, in accordance with this Court's Order granting Plaintiff's renewed motion for default judgment and attorneys' fees, (ECF No. 46), the Court's Order granting in part and denying in part Defendant's motion to set aside default, (ECF No. 72), and the Court's Order denying Plaintiff's motion for clarification issued contemporaneously with this amended judgment.

**IT IS SO ORDERED.**

April 30, 2025

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**